**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

TARIK YASSINE,

        Plaintiff,

v.                                          Case No: 6:15-cv-65-Orl-40DAB

LA DOLBE, LLC,

        Defendant.
_____/

## ORDER

This cause is before the Court on the parties' Joint Motion for Approval of Settlement (Doc. 42) filed on April 6, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 22, 2016 (Doc. 44), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. 42) is **GRANTED**.

3. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on May 11, 2016.

                                                    PAUL G. BYRON
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record